FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 JAN 17  PM 4: 09
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE ROSS<br>Defendant. | S E A L E D<br><br>4:24CR 3005<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B) |

The Grand Jury charges that

## COUNT I
### (Distribution Of Methamphetamine)

On or about July 28, 2022, in the District of Nebraska, defendant SHANE ROSS did knowingly and intentionally distribute five grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _Danielle Flin_

DANIELLE FLIAM #25658
Assistant U.S. Attorney

1