IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SHANE ROSS,<br><br>　　　　　　Defendant. | 4:24CR3005<br><br>ORDER FOR DISMISSAL OF INDICTMENT |

　　　The Motion of the United States is hereby granted.   It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, SHANE ROSS.

　　　DATED this 22nd day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge